# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| GERALD E. MORIN, as Personal Representative of the Estate of Mary M. Morin, <br>     Plaintiff, <br><br> v. <br><br> RUSSEL PARK REHAB & LIVING and CLOVER MANOR NURSING HOME, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 2:14-cv-00222-NT |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 8, 2014, his Recommended Decision (ECF No. 13). The Plaintiff filed his Objection to the Recommended Decision (ECF No. 15) on August 11, 2014. Defendants filed their Responses to the Plaintiff's Objection (ECF Nos. 18 & 20) on September 10, 2014 and September 11, 2014, respectively.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is

necessary. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

1. It is <u>ORDERED</u> that the Plaintiff's request for leave to proceed *in forma pauperis* is GRANTED.

2. It is further <u>ORDERED</u> that the Complaint be dismissed under 28 § 1915(e)(2)(B) for failure to state a claim on which relief may be granted.

<u>SO ORDERED</u>.

/s/ Nancy Torresen
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2014.